THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* THOMAS J. MANGAN, ELMER J. CHURCHILL and SIGMUND A. FRIEDLANDER, Respondents.

(Argued April 27, 1933; decided May 23, 1933.)

*John J. Bennett, Jr.,* Attorney-General (*John T. Cahill* and *Charles T. Keane, Jr.,* of counsel), for appellant.

*Clayton R. Lusk* and *Frank J. Mangan* for Thomas J. Mangan, respondent.

*Clayton R. Lusk* for Elmer J. Churchill, respondent.

*Herman Friedlander, Sol Lipschitz* and *Orange L. Van Horne* for Sigmund A. Friedlander, respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG and CROUCH, JJ. Dissenting: O'BRIEN, J. Not sitting: HUBBS, J.